**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

IN RE BARD IVC FILTERS
PRODUCTS LIABILITY LITIGATION

No. MD-15-02641-PHX-DGC

**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND JURY DEMAND**

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
   Todd Scharrer (Plaintiff)

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A

3. Other Plaintiff and capacity (i.e. administrator, executor, guardian, conservator):
   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
   Wisconsin

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:
   Wisconsin

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:
   Wisconsin

7. District Court and Division in which venue would be proper absent direct

filing:

U.S. District Court – Eastern District of Wisconsin (Milwaukee) Division

8. Defendants (check Defendants against whom Complaint is made):

- ☒ C.R. Bard Inc.
- ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

- ☒ Diversity of Citizenship
- ☐ Other: _____
- ☐ Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is (are) making a claim (check applicable Inferior Vena Cava Filter(s)):

- ☐ Recovery® Vena Cava Filter
- ☐ G2® Vena Cava Filter
- ☐ G2® Express (G2® X) Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☒ Other: Bard

11. Date of implantation as to each product:

2012

12. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I: Strict Products Liability – Manufacturing Defect

|   |   |   |
|---|---|---|
| ☒ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| ☒ | Count III: | Strict Products Liability – Design Defect |
| ☒ | Count IV: | Negligence - Design |
| ☒ | Count V: | Negligence - Manufacture |
| ☐ | Count VI: | Negligence – Failure to Recall/Retrofit |
| ☒ | Count VII: | Negligence – Failure to Warn |
| ☒ | Count VIII: | Negligent Misrepresentation |
| ☒ | Count IX: | Negligence *Per Se* |
| ☒ | Count X: | Breach of Express Warranty |
| ☒ | Count XI: | Breach of Implied Warranty |
| ☒ | Count XII: | Fraudulent Misrepresentation |
| ☒ | Count XIII: | Fraudulent Concealment |
| ☐ | Count XIV: | Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| ☐ | Count XV: | Loss of Consortium |
| ☐ | Count XVI: | Wrongful Death |
| ☐ | Count XVII: | Survival |
| ☒ | Punitive Damages | |
| ☐ | Other(s): _____ (please state the facts supporting this Count in the space immediately below) | |

_____
_____
_____
_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

Date: May 31, 2019

                                        Respectfully Submitted,

**MARTIN BAUGHMAN, PLLC**

By: */s/ Ben C. Martin*
Ben C. Martin (TX I.D. No. 13052400)
bmartin@martinbaughman.com
Laura J. Baughman (TX I.D. No. 00791846)
lbaughman@martinbaughman.com
Thomas Wm. Arbon (TX I.D. No. 01284275)
tarbon@martinbaughman.com
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
Telephone: 214.761.6614
Facsimile: 214.744.7590

and

**JASON J. JOY & ASSOCIATES**

/s/ Jason J. Joy
Jason J. Joy (TX.I.D. No. 24058932)
jason@jasonjoylaw.com
909 Texas Avenue, Suite 1801
Houston, Texas 77002
Telephone: (713) 221-6500
Facsimile: (713) 221-1717

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                            */s/ Ben C. Martin*
                                            Ben C. Martin